**DUNN, COFFEY & KASPERITIS, P.C.**
EST. 1988
ATTORNEYS AT LAW
611 SOUTH UPPER BROADWAY
CORPUS CHRISTI, TEXAS 78401

DAVID J. DUNN
LAWRENCE COFFEY (1958-2018)
PATRICK R. KASPERITIS

POLLY DUNN
PRISCILLA Y. CHAPA

TEL (361) 883-1594
FAX (888) 707-7072

May 6, 2025

Honorable Judge Diana Saldana
United States District Court
Southern District of Texas
Laredo Division
George P. Kazen Federal Building
United States Courthouse
1300 Victoria St.
Laredo, Texas 78040

RE: Civil Action No. 5:18-CV-00191, *TIG Insurance Company as Successor by Merger to American Safety Indemnity Company vs. Woodsboro Farmers Cooperative, E.F. Erwin, Inc.;* In the United States District Court, Southern District of Texas, Laredo Division

Dear Judge Saldana:

This letter is to inform the Court that the above-referenced matter did not settle at the mediation on April 25, 2025.

Yours truly,

David J. Dunn

DJD/mrp
#64.2637

cc: *eService Recipients*