**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **TIG INSURANCE COMPANY, successor by merger to American Safety Indemnity Company** | § § § § | |
| **v.** | § | **CIVIL ACTION NO. 5:18-cv-00191** |
| **WOODSBORO FARMERS COOPERATIVE and E.F. ERWIN, INC.** | § § § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff TIG Insurance Company, successor by merger to American Safety Indemnity Company, and Defendants Woodsboro Farmers Cooperative and E.F. Erwin, Inc. hereby dismiss all claims in this lawsuit with prejudice. Each party shall bear its own attorneys' fees, costs, and other expenses related to this action.

Respectfully submitted this 26th day of August, 2025.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY: */s/ Kasi G. Schuelke*

Kasi G. Schuelke
Texas Bar No. 24098915
kasi.schuelke@phelps.com
2102 E. State Highway 114, Ste. 207
Southlake, Texas 76092
Telephone: (817) 488-3134
Telecopier: (817) 488-3214

Jay Sever
Attorney-In-Charge
Admitted Pro Hac Vice
Louisiana Bar No. 23935
jay.sever@phelps.com

365 Canal St., Ste. 2000
New Orleans, LA 70130

**ATTORNEYS FOR PLAINTIFF TIG INSURANCE COMPANY AS SUCCESSOR BY MERGER TO AMERICAN SAFETY INDEMNITY COMPANY**

**HUSEMAN LAW FIRM, PLLC**

BY: */s/ John Swallow*
John Swallow
Federal Bar No. 2050611
State Bar No. 24085611
jswallow@husemanslawfirm.com
500 N. Water Street, Ste. 1100
Corpus Christi, TX 78401-0781
Phone: (361) 883-3563
Fax: (361) 883-0210

**ATTORNEY FOR DEFFENDANT WOODSBORO FARMERS COOPERATIVE**

**DUCKETT, BOULIGNY & COLLINS, LLP**

By: */s/ Richard L. Kerzee*
Richard L. Kerzee
State Bar No. 24053301
Southern District of Texas No. 809543
rkerzee@dbc-law.com
Lauralee Collins Zalman
State Bar No. 24103788
Southern District of Texas No. 3322497
lauralee@dbc-law.com
207 W. Jackson
P.O. Box 1567
El Campo, Texas 77437
(979) 543-6845 – Telephone
(979) 543-9516 – Facsimile

**ATTORNEYS FOR DEFENDANT E. F. ERWIN, INC.**

**CERTIFICATE OF SERVICE**

The undersigned certifies that, on August 26, 2025, this document was served upon all counsel of record via the Court's ECF system.

*/s/ Kasi G. Schuelke*
Kasi G. Schuelke