United States District Court
Southern District of Texas
**ENTERED**
August 26, 2025
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **TIG INSURANCE COMPANY SUCCESSOR BY MERGER TO AMERICAN SAFETY INDEMNITY COMPANY,** | § | |
| **Plaintiff,** | § | |
| **VS.** | § | **CIVIL ACTION NO. 5:18-CV-00191** |
| **WOODSBORO FARMERS COOPERATIVE, *et al.*,** | § | |
| **Defendants.** | § | |

**ORDER**

On August 26, 2025, Plaintiff TIG Insurance Company, successor by merger to American Safety Indemnity Company, and Defendants Woodsboro Farmers Cooperative and E.F. Erwin, Inc. filed a self-effectuating Joint Stipulation of Dismissal with Prejudice. (Dkt. 178.) *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). The Stipulation—signed by counsel for all Parties—notifies the Court that the case is dismissed with prejudice. (Dkt. 178 at 1); *see* Fed. R. Civ. P. 41(a)(1)(B). Accordingly, the Clerk of Court is hereby DIRECTED to TERMINATE the case.

IT IS SO ORDERED.

SIGNED this August 26, 2025.

Diana Saldaña
United States District Judge